UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE BANK OF NEW YORK MELLON,

                Plaintiff,

v.

WARREN KLINT, et al.,

                Defendants.

CASE NO. C17-0565-JLR

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Defendant Patty Rae Richendifer-Scarpelli submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) The application is deficient in failing to provide any salary or other information about defendant Richendifer-Scarpelli's current employment, a description of monthly expenses and how defendant is able to meet those expenses, or complete information as to public assistance benefits or other sources of money received. (*See id*. at 1-2.) Also, another named defendant, Warren Klint, did not submit an IFP application. The Court is unable to consider the request to proceed IFP without complete and detailed information as to the financial status of defendants. Defendants are, accordingly, directed to either pay the filing fee or submit completed IFP applications on behalf of both named defendants demonstrating their inability to pay the filing

MINUTE ORDER
PAGE - 1

fee. Defendants must comply with the above directive within **twenty (20) days** of the date of this Minute Order. Failure to comply may result in denial of the pending application to proceed IFP and/or dismissal of this matter.

DATED this 18th day of April, 2017.

WILLIAM M. MCCOOL, Clerk

By: s/ Paula McNabb
Deputy Clerk